**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sandra A. Banks-Eldridge          : CHAPTER 13

     Debtor.          : CASE NO. 18-11830

## CERTIFICATION OF SERVICE

     Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtors Amended Plan upon the following individuals listed below, by electronic means and/or first class mail.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Sandra A. Banks-Eldridge
312 Thyme Lane
Philadelphia, PA 19128

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                                    Respectfully Submitted,

Date:  10/23/2018          /s/ Michelle Lee
                                          Michelle Lee, Esq.
                                          Law Offices of Georgette Miller, Esq., P.C.
                                          119 S. Easton Rd.
                                          Glenside, PA 19038

{00329132;v1}