**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sandra Banks-Eldridge | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 18-11830 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 19, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  April 8, 2021            Margolis Edelstein
                                 <u>/s/ Margolis Edelstein</u>
                                 100 Century Parkway, Suite 200
                                 Mt. Laurel, NJ 08054