# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11830-ELF

SANDRA BANKS-ELDRIDGE

312 THYME LANE

PHILADELPHIA, PA 19128

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SANDRA BANKS-ELDRIDGE

    312 THYME LANE

    PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

                                       /S/ William C. Miller

Date: 8/2/2021                            _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee