*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sandra Banks−Eldridge
    Debtor(s)

Case No: 18−11830−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor Sandra Banks−Eldridge Response to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC

    on: 1/10/23

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/3/23

Timothy B. McGrath
Clerk of Court

79 − 78
Form 167