# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11830-amc

SANDRA  BANKS-ELDRIDGE

312 THYME LANE

PHILADELPHIA, PA 19128

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SANDRA  BANKS-ELDRIDGE

312 THYME LANE

PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

                                              /S/ Kenneth E. West

Date: 3/14/2023                                  _____

                                              Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee