**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Sandra Banks-Eldridge, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 18-11830 |

**Certificate of Service**

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Chapter 13 Plan thereof upon the following individuals listed below, by electronic means, email and/or first class mail on 8/31/2023:

Kenneth West, Chapter 13 Trustee – BY ELECTRONIC MEANS

Sandra Banks-Eldridge
312 Thyme Lane
Philadelphia, PA 19128

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102