# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Sandra Banks-Eldridge** | : |
| | : BANKRUPTCY NO. **18-11830 AMC** |
| Debtor (s) | |

## P R A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on the Motion to Modify Plan and Objection to the Fee Application to 10/22/2024 at 11:00 AM. before the Hon. Chief Judge Patricia M. Mayer.

Respectfully submitted,

Date: September 19, 2024

/s/Jack K. Miller, Esquire for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107