UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

IN RE:                                                    CASE NO:  1811830

SANDRA BANKS-ELDRIDGE                                     CHAPTER 13

Debtor (s)

SSN/Tax ID: 5058
Employer ID:

**NOTICE OF CLAIM SATISFACTION**


As to Claim 2 filed on 04/05/2018, Wells Fargo Bank, N.A. - Wells Fargo Auto Finance ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.


/s/ Lacey  Bruns
Lacey  Bruns
Bankruptcy Specialist
Wells Fargo Auto Finance
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938
1-866-429-7099

BKNOCS (09/2022)(02/2024)