United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11830-amc |
| Sandra Banks-Eldridge | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra Banks-Eldridge, 312 Thyme Lane, Philadelphia, PA 19128-4554 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2024 00:05:06 | Wells Fargo Auto Finance, 435 ford RD, Suite 300, Saint Louis Park, MN 55426-4938 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | |
|---|---|
| Date: Oct 26, 2024 | Signature:      /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: Oct 24, 2024                      Form ID: pdf900                                 Total Noticed: 4

JASON BRETT SCHWARTZ
    on behalf of Creditor Portfolio Recovery Associates  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE LEE
    on behalf of Debtor Sandra Banks-Eldridge bky@dilworthlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
                                                :        Chapter 13
Sandra Banks-Eldridge                           :
                                                :        Case No. 18-11830
                                                :
                      Debtor(s).                :

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1.      The Application is **GRANTED**.

2.      Compensation is **ALLOWED** in favor of the Applicant in the amount of $4970.00 and $_0 in expenses.

3.      The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated:   October 24, 2024                    _____
                                             Bankruptcy Judge