Certificate Number: 15317-PAE-DE-039812999

Bankruptcy Case Number: 18-11830



15317-PAE-DE-039812999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2025, at 11:41 o'clock AM PDT, Sandra A Banks-Eldridge completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 27, 2025           By:    /s/Christel Raz

                                Name:  Christel Raz

                                Title: Counselor