BL9956414

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: SANDRA BANKS-ELDRIDGE

Chapter: 13
Bankruptcy No: 18-11830

## **WITHDRAWAL OF CLAIM**

Capital One, N.A., by and through its counsel, withdraws its Proof of Claim Number 8 filed on May 9th, 2018, for account number 4694 and in the amount of $903.43.

Respectfully submitted,

By: /s/ Larry Butler

Larry Butler, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:     8/8/2025