UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sandra Banks-Eldridge** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor,** | : | Case No. 18-11830 AMC |

**O R D E R**

**AND NOW, this** __18th__ **day of** __Sept.__ **, 2025,** upon consideration of the Debtor's Motion to Reconsider the August 5, 2025 Order Dismissing Case, and after notice and hearing, it is hereby **ORDERED** that the Motion is GRANTED. The case is hereby reinstated.

_____
Honorable Chief Judge Chan