IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SANDRA A. BANKS-ELDRIDGE,  :  CHAPTER 13
: 
DEBTOR(S).  :  CASE NO.: 18-11830

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion for Permission to Approve a Loan Modification ("the Motion") and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion;

3. The Trustee is permitted to disburse funds presently held to M&T;

4. M&T is to apply the funds received from the trustee to Debtor's regular monthly mortgage payment(s) under the terms of the new loan modification.

Dated:  Dec. 2, 2025            _____

**HONORABLE BANKRUPTCY JUDGE**