**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SANDRA BANKS-ELDRIDGE |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 18-11830-AMC |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** M&T MORTGAGE CORP.

**Court claim no. (if known):** 9

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 3 7

**Property Address:**
312 THYME LANE
Number  Street

Philadelphia   PA   19128
City           State  ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 9,126.54 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 9,126.54 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 4,074.41 |
| d. Total amount of arrearages disbursed by the trustee: | $ 13,200.95 |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Kenneth E. West    Date: 12/15/2025

Trustee: Kenneth E. West

Address: 190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | SANDRA BANKS-ELDRIDGE | Case Number | 18-11830-AMC | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | M&T BANK | Secured Arrears Mortgage | 08/09/2019 | 2493463 | Disbursement To Creditor/Principal | 22.77 |
| 9 | M&T BANK | Secured Arrears Mortgage | 09/09/2019 | 2494938 | Disbursement To Creditor/Principal | 209.96 |
| 9 | M&T BANK | Secured Arrears Mortgage | 10/09/2019 | 2496448 | Disbursement To Creditor/Principal | 209.95 |
| 9 | M&T BANK | Secured Arrears Mortgage | 11/08/2019 | 2497983 | Disbursement To Creditor/Principal | 210.63 |
| 9 | M&T BANK | Secured Arrears Mortgage | 12/09/2019 | 2499506 | Disbursement To Creditor/Principal | 210.63 |
| 9 | M&T BANK | Secured Arrears Mortgage | 01/09/2020 | 2502268 | Disbursement To Creditor/Principal | 210.64 |
| 9 | M&T BANK | Secured Arrears Mortgage | 02/10/2020 | 2503779 | Disbursement To Creditor/Principal | 210.64 |
| 9 | M&T BANK | Secured Arrears Mortgage | 03/09/2020 | 2505399 | Disbursement To Creditor/Principal | 210.64 |
| 9 | M&T BANK | Secured Arrears Mortgage | 04/08/2020 | 2506822 | Disbursement To Creditor/Principal | 210.63 |
| 9 | M&T BANK | Secured Arrears Mortgage | 06/10/2020 | 2509789 | Disbursement To Creditor/Principal | 409.00 |
| 9 | M&T BANK | Secured Arrears Mortgage | 07/13/2020 | 2511278 | Disbursement To Creditor/Principal | 204.49 |
| 9 | M&T BANK | Secured Arrears Mortgage | 08/10/2020 | 2512761 | Disbursement To Creditor/Principal | 204.50 |
| 9 | M&T BANK | Secured Arrears Mortgage | 09/10/2020 | 2514165 | Disbursement To Creditor/Principal | 204.50 |
| 9 | M&T BANK | Secured Arrears Mortgage | 10/07/2020 | 2515558 | Disbursement To Creditor/Principal | 204.50 |
| 9 | M&T BANK | Secured Arrears Mortgage | 12/09/2020 | 2518504 | Disbursement To Creditor/Principal | 209.04 |
| 9 | M&T BANK | Secured Arrears Mortgage | 01/08/2021 | 2519924 | Disbursement To Creditor/Principal | 209.04 |
| 9 | M&T BANK | Secured Arrears Mortgage | 10/11/2022 | 3016051 | Disbursement To Creditor/Principal | 73.65 |
| 9 | M&T BANK | Secured Arrears Mortgage | 11/15/2022 | 3017322 | Disbursement To Creditor/Principal | 162.58 |
| 9 | M&T BANK | Secured Arrears Mortgage | 12/13/2022 | 3018610 | Disbursement To Creditor/Principal | 162.58 |
| 9 | M&T BANK | Secured Arrears Mortgage | 01/10/2023 | 3019835 | Disbursement To Creditor/Principal | 162.59 |
| 9 | M&T BANK | Secured Arrears Mortgage | 02/08/2023 | 3021025 | Disbursement To Creditor/Principal | 162.58 |
| 9 | M&T BANK | Secured Arrears Mortgage | 06/13/2023 | 3025971 | Disbursement To Creditor/Principal | 217.56 |
| 9 | M&T BANK | Secured Arrears Mortgage | 07/13/2023 | 3027119 | Disbursement To Creditor/Principal | 217.54 |
| 9 | M&T BANK | Secured Arrears Mortgage | 08/15/2023 | 3028262 | Disbursement To Creditor/Principal | 217.54 |
| 9 | M&T BANK | Secured Arrears Mortgage | 09/18/2023 | 3029441 | Disbursement To Creditor/Principal | 217.55 |
| 9 | M&T BANK | Secured Arrears Mortgage | 12/21/2023 | 4000336 | Disbursement To Creditor/Principal | 340.06 |
| 9 | M&T BANK | Secured Arrears Mortgage | 02/12/2024 | 4002103 | Disbursement To Creditor/Principal | 234.65 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 03/12/2024 | 4003013 | Disbursement To Creditor/Principal | 234.64 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 04/10/2024 | 4003934 | Disbursement To Creditor/Principal | 234.65 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 05/13/2024 | 4004840 | Disbursement To Creditor/Principal | 234.65 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 06/14/2024 | 4005771 | Disbursement To Creditor/Principal | 41.06 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 11/13/2024 | 4010281 | Disbursement To Creditor/Principal | 819.77 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 12/11/2024 | 4011123 | Disbursement To Creditor/Principal | 1,440.75 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 03/12/2025 | 4013686 | Disbursement To Creditor/Principal | 285.30 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Mortgage | 12/10/2025 | 4021431 | Disbursement To Creditor/Principal | 315.28 |
| | | | | | Total for Claim Number 9: | 9,126.54 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **9,126.54** |

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 06/09/2022 | 3011118 | Disbursement To Creditor/Principal | 337.79 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 07/12/2022 | 3012397 | Disbursement To Creditor/Principal | 326.59 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 08/16/2022 | 3013712 | Disbursement To Creditor/Principal | 326.59 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 09/08/2022 | 3014901 | Disbursement To Creditor/Principal | 326.50 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 10/11/2022 | 3016051 | Disbursement To Creditor/Principal | 211.66 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 11/15/2022 | 3017322 | Disbursement To Creditor/Principal | 72.59 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 12/13/2022 | 3018610 | Disbursement To Creditor/Principal | 72.58 |

| Debtor 1 | SANDRA BANKS-ELDRIDGE | Case Number | 18-11830-AMC | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 01/10/2023 | 3019835 | Disbursement To Creditor/Principal | 72.58 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 02/08/2023 | 3021025 | Disbursement To Creditor/Principal | 72.58 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 06/13/2023 | 3025971 | Disbursement To Creditor/Principal | 97.13 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 07/13/2023 | 3027119 | Disbursement To Creditor/Principal | 97.11 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 08/15/2023 | 3028262 | Disbursement To Creditor/Principal | 97.13 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 09/18/2023 | 3029441 | Disbursement To Creditor/Principal | 97.12 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000336 | Disbursement To Creditor/Principal | 151.82 |
| 9 | M&T BANK | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002103 | Disbursement To Creditor/Principal | 104.76 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003013 | Disbursement To Creditor/Principal | 104.75 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4003934 | Disbursement To Creditor/Principal | 104.76 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004840 | Disbursement To Creditor/Principal | 104.76 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005771 | Disbursement To Creditor/Principal | 18.33 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010281 | Disbursement To Creditor/Principal | 365.97 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011123 | Disbursement To Creditor/Principal | 643.19 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013686 | Disbursement To Creditor/Principal | 127.37 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 04/09/2025 | 0000000 | Refund From Creditor/Principal | -412.67 |
| 9 | M&T MORTGAGE CORP. | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021431 | Disbursement To Creditor/Principal | 553.42 |
| | | | | | **Total for Claim Number 9:** | **4,074.41** |

**Total for Part 3 - c (Postpetition Arrears):** **4,074.41**