United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-11830-amc
Sandra Banks-Eldridge  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 22, 2025      Form ID: 138OBJ      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Banks-Eldridge, 312 Thyme Lane, Philadelphia, PA 19128-4554 |
| 14216626 | + | Cinnamon Hill Homeowners Association, 6700 Cinnamon Drive, Box 16, Philadelphia, PA 19128-4552 |
| 14587720 | | Sound N Light Animatronics Co., LTD, c/o Linda Lam, Managing Director, 13/F, Part A, Peninsula Centre, 67 Mody, Tsim Sha Tsui East, Kowloon Hong Kong |
| 14075677 | + | Wfb Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 23 2025 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2025 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14112550 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Dec 23 2025 00:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14075655 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 23 2025 00:19:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14075657 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 23 2025 00:19:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14112215 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 00:28:15 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14075658 | | Email/Text: megan.harper@phila.gov | Dec 23 2025 00:19:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14183748 | + | Email/Text: megan.harper@phila.gov | Dec 23 2025 00:19:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14104344 | | Email/PDF: bncnotices@becket-lee.com | Dec 23 2025 00:28:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14090532 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 23 2025 00:19:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14075662 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2025 00:28:09 | Dsnb Bloom, 9111 Duke Blvd, Mason, OH 45040 |
| 14075659 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 23 2025 00:19:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14075661 | + | Email/Text: dmcco.vbaspl@va.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 23 2025 00:19:00 | Dept Of Veterans Affai, Po Box 11930, Saint Paul, MN 55111-0930 |
| 14075663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2025 00:28:08 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14111780 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 00:28:08 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14111783 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 00:28:08 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14106850 | ^ | MEBN | Dec 23 2025 00:15:54 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14075664 | | Email/Text: camanagement@mtb.com | Dec 23 2025 00:19:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14075665 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2025 00:19:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14088184 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 23 2025 00:19:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14097291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2025 00:28:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14075758 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2025 00:28:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14075666 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 23 2025 00:19:00 | Peco, 2301 Market Street, PO Box 13778, Philadelphia, PA 19101-3778 |
| 14075667 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2025 00:28:12 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14075669 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 23 2025 00:28:11 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14075670 | + | Email/Text: bncmail@w-legal.com | Dec 23 2025 00:19:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14094410 | + | Email/Text: dbogucki@trumark.org | Dec 23 2025 00:19:00 | TruMark Financial Credit Union, 335 Commerce Drive, P.O. Box 8127, Fort Washington, PA 19034-8127 |
| 14075671 | + | Email/Text: dbogucki@trumark.org | Dec 23 2025 00:19:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14095875 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 23 2025 00:19:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14075672 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 23 2025 00:19:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14075673 | + | Email/Text: megan.harper@phila.gov | Dec 23 2025 00:19:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14075674 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 23 2025 00:28:11 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14075675 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 23 2025 00:28:08 | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |
| 14085657 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 23 2025 00:28:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14086036 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 23 2025 00:28:15 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 35

Case 18-11830-amc    Doc 170    Filed 12/24/25    Entered 12/25/25 00:36:36    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14075656 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14075660 | *+ | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14075668 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14075676 | *+ | Wells Fargo Bank Auto, Po Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Portfolio Recovery Associates LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Sandra Banks-Eldridge bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 169 − 166

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Sandra Banks−Eldridge<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18−11830−amc<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 22, 2025                                                                    For The Court

                                                                                                                         Mohung Wong
                                                                                                                         Clerk of Court