**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                     :          CHAPTER 13

    SANDRA BANKS-ELDRIDGE        :

    Debtor                          :          BANKRUPTCY NO.   18-11830AMC

**PRAECIPE TO WITHDRAW**
**TRUSTEE'S NOTICE OF DISBURSEMENTS MADE (CLAIM 9)**

    Please withdraw Chapter 13 Trustee's Notice of Disbursements Made (Claim 9) (Docket No. 167)  as this was  FILED IN ERROR.

                                  Respectfully submitted,

                                  /s/ KENNETH E. WEST

2/17/26                                           _____
                                  Kenneth E. West, Esquire
                                  Chapter 13 Standing Trustee
                                  190 North Independence Mall West
                                  Suite 700
                                  Philadelphia, PA  19106
                                  Phone: 215-627-1377